DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INDIAN HAMMOCK HUNT AND RIDING CLUB, INC.,**
Appellant,

v.

**MICHAEL K. DIXON, PAUL J. HOULIHAN, III, A. HOPKINS
KENNEMER, JR.,** and **GEORGE T. WARD,**
Appellees.

No. 4D2026-1128

[July 16, 2026]

Appeal of a nonfinal order from the County Court for the Nineteenth Judicial Circuit, Okeechobee County; William J. Wallace, Judge; L.T. Case No. 472026CC000010CCAXMX.

Matthew B. Bernstein of Vernis & Bowling of Central Florida, P.A., DeLand, for appellant.

Robert G. Rydzewski of Law Office of Robert Rydzewski, Fort Pierce, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***